JOHN EYRE ET AL., APPELLANTS, V. CHARLES F. ABBOTT, APPELLEE.

FILED JANUARY 2, 1915.   No. 18,702.

APPEAL from the district court for Nuckolls county: LESLIE G. HURD, JUDGE. *Reversed with directions.*

. *A. G. Wolfenbarger, R. M. Proudfit, J. H. Agee, S. R. Buck* and *H. S. Lower,* for appellants.

*Bernard McNeny, contra.*

SEDGWICK, J.

The proceedings in this case involve the same ordinances considered in *Eyre v. Doerr, ante,* p. 562. There is the same objection to the published notice, and other similar questions raised. For the reasons stated in that case, the judgment of the district court is reversed and the cause remanded, with directions to cause the license to be canceled.

REVERSED.

LETTON, ROSE and FAWCETT, JJ., not sitting.